FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 11  PM 1:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALLYSON MAY SANDERSON, *et al.*, | * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * | |
| | * | NO: 99-3313 |
| | * | |
| | * | JUDGE: MOREY SEAR |
| VERSUS | * | SECTION: G |
| | * | |
| | * | |
| | * | MAG. DIV.: "2" |
| H.I.G. P-XI HOLDING, INC., *et al.*, | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendants. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

The plaintiffs – Allyson May Sanderson, and David Israel, in their capacity as Co-Trustees for the Sanderson Children's Trust, and Michael G. Sanderson – and the defendants – H.I.G. Capital, L.L.C., H.I.G. Capital Management, Inc., John P. Bolduc, and Charles J. Hanneman – jointly submit their Motion and Incorporated Memorandum to Dismiss with Prejudice. In support of this joint motion, the plaintiffs and defendants aver that they have resolved the above-captioned matter.

DATE OF ENTRY

OCT 1 6 2001

**WHEREFORE**, the plaintiffs and defendants respectfully request that the Court grant their motion and dismiss with prejudice all claims against all parties in the above-captioned matter with each party to bear its own costs and attorney's fees.

Respectfully submitted,

<table>
<tr><td>

Sessions, Fishman & Nathan, L.L.P.
JACK M. ALLTMONT - (T.A.) #2424
MICHAEL A. BERENSON - 20103
DEANA D. PALMISANO - #24592
201 St. Charles Avenue - 35th Floor
New Orleans, LA 70170
Telephone: (L504) 582-1500

By: _____

Attorneys for Co-Trustees and
Michael G. Sanderson

</td><td>

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY & FLANAGAN, L.L.C.
909 Poydras Street. Suite 2630
New Orleans, LA 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Alexander P.C. Dimitrief, Esq.
Wendy L. Bloom, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

By: _____

Attorneys for defendant, H.I.G. Capital
L.L.C., H.I.G. Capital Management, Inc.,
John P. Bolduc, and Charles J. Hanemann

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Bryan C. Ruth, hereby certify that a copy of the above and foregoing Joint Motion to Dismiss with Prejudice has been served upon all counsel of record by hand, facsimile, and/or by placing same in the United States Mail postage pre-paid and properly addressed this 11th day of October, 2001.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLYSON MAY SANDERSON, *et. al.*, | * |
| | * CIVIL ACTION |
| Plaintiffs, | * |
| | * NO: 99-3313 |
| | * |
| VERSUS | * SECTION: G |
| | * |
| | * JUDGE: MOREY SEAR |
| | * |
| | * MAG. DIV.: "2" |
| | * |
| H.I.G. P-XI HOLDING, INC., *et. al.*, | * |
| | * MAGISTRATE JUDGE WILKINSON |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Joint Motion be and is hereby **GRANTED**. All claims against all parties in the above-captioned proceeding are dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

New Orleans, Louisiana, this 15th day of October, 2001.

_____
DISTRICT JUDGE